IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02120-CBS

ALFONSO RIOS GONSALEZ, DHS No. A 087 679 205,
    Applicant,

v.

JEH JOHNSON, Secretary, DHS,
THOMAS S. WINKOWSKI, Principal Deputy Assistant Secretary DHS ICE,
ERIC HOLDER, Attorney General of the United States, and
JOHN LONGSHORE, Field Office Dir. ICE,
    Respondents.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The court having reviewed the Petitioner's Motion to Dismiss without Prejudice under Rule 41(a)(1) (filed February 2, 2015) (Doc. # 17) and being fully advised in the premises,

IT IS ORDERED that this civil action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Dated at Denver, Colorado this 2nd day of February, 2015.

                        BY THE COURT:

                        s/Craig B. Shaffer
                        United States Magistrate Judge